UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM GUTIERREZ,

        Plaintiff,

  -against-

MBNA AMERICA BANK N.A.,

        Defendant.
-----------------------------------------------------------X

**ORDER**
05 CV 676(NG)(LB)

GERSHON, United States District Judge:

In accordance with the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, this case is dismissed for lack of subject matter jurisdiction.

**SO ORDERED**

/s/
_____
Nina Gershon
United States District Judge

Dated: October 7, 2005
      Brooklyn, New York

1